HD

Rcv'd by: _____ AV _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

USDC- GREENBELT
'23 MAR 3 PM 3:41

Jibril L. Ibrahim
_____
_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

LAB corp
6188 Oxon Hill Rd Ste 104
Oxon Hill, MD 20745

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* See attached

**Complaint for a Civil Case**

Case No. DKC 23 CV 0589

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

I.　　**The Parties to This Complaint**

　　A.　　**The Plaintiff(s)**

　　　　Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

　　　　　Name　　　　　　　　 Jibril Luqman Ibrahim
　　　　　Street Address　　　 7554 South Arbory Lane
　　　　　City and County　　　 Laurel
　　　　　State and Zip Code　 Maryland 20707
　　　　　Telephone Number　 (202) 910-0763
　　　　　E-mail Address　　　 Jibrilibrahim7554@gmail.com

　　B.　　**The Defendant(s)**

　　　　Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

　　　　Defendant No. 1

　　　　　Name　　　　　　　　 DEN UNITED GENERAL CONST.
　　　　　Job or Title
　　　　　(if known)　　　　　 Construction, Concrete
　　　　　Street Address　　　 3009 Yost Place NE
　　　　　City and County　　　 Washington
　　　　　State and Zip Code　 District of Columbia
　　　　　Telephone Number　 (202) 399-4222
　　　　　E-mail Address
　　　　　(if known)

2

Defendant No. 2

Name Department of Transportation

Job or Title FMCSA
(if known)

Street Address 1200 New Jersey Ave SE

City and County Washington

State and Zip Code District of Columbia 20590

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 3

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 4

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_49 CFR Part 40 Drug & Alcohol_
_Rules_

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* _Jibril Ibrahim_ is a citizen of the State of *(name)* _Maryland_.

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

    a. If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation

The defendant, *(name)* Lab Corp , is incorporated under the laws of the State of *(name)* Maryland , and has its principal place of business in the State of *(name)* Maryland . *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)* See attached page

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

plaintiff seeks back pay / loss of wages for 2 1/2 years at $24.79 an hour
_____

III.　**Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

① Defendant Lab Corp, mishandled plaintiff urine sample in 2020 resulting in a positive drug test. Defendant switched urine test and plaintiff social security number in which plaintiff never signed for as his SS#, never witnessed sample sealed nor initialed the urine specimen bottle. Plaintiff was terminated from his job as a result of defendant's mishandling.

② Defendant DEN Construction in 2020 terminated plaintiff employment after receiving positive urine test results from Lab Corp. Plaintiff notified DEN owner Danis Salvador that said urine "was not" plaintiff, that donor ID number wasn't or isn't plaintiff. However, defendant still fired plaintiff in 2020 despite protestations.

③ Defendant Department of Transportation, upon appealing to defendant that said urine wasn't plaintiff but someone elses. Defendant refused to entertain plaintiff's defenses and assertions stating "technical errors" didn't warrant removal of the results from plaintiffs' file in supporting plaintiff job termination and, compelling plaintiff to attend a Substance Abuse Program (SAP) in 2020.

6

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

plaintiff seeks payment for loss wages or back pay $300,000.00 in actual damages from each, $300,000.00 in punitive damages to deter defendants from this kind of behavior in the future.

7

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _3 . 5___, 20_2_.3

Signature of Plaintiff    *Jibril L. Ibrahim*
Printed Name of Plaintiff    Jibril L. Ibrahim

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.   For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Address    _____
Telephone Number    _____
Email Address    _____